PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at 3 o'clock and 35 min. PM
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: GARDINIA FOMAI        Case Number: CR 00-00080SOM-01

Name of Sentencing Judicial Officer: The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: 10/22/2001

Original Offense: POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 50 GRAMS OF COCAINE BASE, in violation of 21 U.S.C. § 841(a)(1), a Class A felony

Original Sentence: Sixty-three (63) months imprisonment and a term of five (5) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 2) That the defendant is prohibited from possessing any illegal or dangerous weapons.

Type of Supervision: Supervised Release    Date Supervision Commenced: 3/1/2005

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

## CAUSE

On 3/1/2005, the offender was released from the Bureau of Prisons custody to the supervision of the U.S. Probation Office in the District of Alaska. On 12/28/2005, we received a request from the District of Alaska to modify the conditions of supervised release based on the offender's history of substance abuse.

Prob 12B
(7/93)

2

According to a letter received from the District of Alaska, the offender has been complaint with all conditions set forth by the Court. Prior to *U.S. v. Stephens*, the offender was enrolled in random drug testing. However, due to the ruling in *Stephens* (*United States v. Stephens*, 9th Circuit 2005) the probation officer is limited to three random tests outside of treatment. Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case. Drug testing is the most reliable method for monitoring the offender's drug use. The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to twelve (12) tests per month. This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict test dates.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JOYCE K.F.K. LUM
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 1/12/2006

Prob 12B
(7/93)

3

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
SUSAN OKI MOLLWAY
U.S. District Judge

1/13/06
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

**U.S.A. v Gardinia Fomai**          Docket No. : 00CR0080

I, Gardinia Fomai, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: _____    Date: 10/28/05
Gardinia Fomai
Probationer or Supervised Releasee

Witness: _____    Date: 10/28/05
Michael Pentangelo
Senior U.S. Probation Officer